◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  3:17-CR-26-001(CAR) |
| **WILLIAM YORK** | |

On October 11, 2017, William York was committed to the custody of the Federal Bureau of Prisons for a total of 46 months to be followed by concurrent three-year terms of supervised release for the offenses of Possession with Intent to Distribute MDMA and Possession with Intent to Distribute Cocaine.

On October 1, 2020, York commenced the term of supervised release in the Northern District of Georgia, Atlanta Division. He has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended York be discharged from supervision.

Respectfully submitted,

*[signature]*

Amanda M. LaMotte
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered the supervised releasee be discharged from supervision and the proceedings in the case be terminated.

Dated this ___17___ day of ___July___, 2022.

*[signature]*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE